Dismissed and Opinion filed February 27, 2003









Dismissed and Opinion filed February 27, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00710-CV

____________

 

EDWARD
C. LOOMIS, Appellant

 

V.

 

JOANNE
H. LOOMIS, Appellee

 



 

On
Appeal from the 245th District Court

Harris
County, Texas

Trial
Court Cause No. 01-42448

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed April 12, 2002.  The clerk=s record was filed on August 20,
2002.  The reporter=s record was filed on August 7,
2002.  No brief was filed.

On January 16, 2003, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before February 18, 2003, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed February 27, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.